# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRÉ THOMAS

NO. 2021 KW 0379

**JULY 19, 2021**

---

In Re:    André Thomas, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-18-0599.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
denied relator's "Motion for Time Violation of Limitation to
trial a Capital Offense of 2nd Degree Murder" on May 25, 2021.

                  **VGW**
                  **JEW**
                  **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT